1  BENJAMIN B. WAGNER
United States Attorney
2  KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-01046-JAM-KJN |
|---|---|
| Plaintiff, | |
| v. | REQUEST FOR STAY OF FURTHER PROCEEDINGS AND ORDER |
| REAL PROPERTY LOCATED AT 6642 MERCHANDISE WAY, DIAMOND SPRINGS, CALIFORNIA, EL DORADO COUNTY, APN: 329-392-05, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

The United States, and Claimant Harold Bollenbacher, Trustee of The Family Trust Created Under the Bollenbacher Family Trust Dated September 27, 1995 (hereafter referred to as "claimant"), by and through their respective counsel, hereby request that the Court enter an order staying further proceedings until September 1, 2012, pending the outcome of a related criminal case against defendant James Kirk Short, Case No. 2:12-CR-00164-JAM.  Harold Bollenbacher, Trustee of The Family Trust Created Under the Bollenbacher Family Trust Dated September 27, 1995, is the recorded owner of the defendant property, which is a commercial building that was leased to James Kirk Short who used it to grow marijuana.

1. On May 15, 2012, Harold Bollenbacher, Trustee of The Family Trust Created Under the Bollenbacher Family Trust Dated September 27, 1995 filed a claim in this action alleging an interest in the defendant property.  Claimant has not yet filed an Answer and will not be required to do so until the stay contemplated by this stipulation expires.

2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i).  The United States contends that the defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7) because it was used and intended to be used to commit or facilitate a violation of 21 U.S.C. §§ 841 *et seq.*, specifically, the cultivation of marijuana.

3. To date, James Kirk Short has been charged with federal criminal crimes related to marijuana cultivation at the defendant property, Case No. 2:12-CR-00164-JAM;  Harold Bollenbacher has not been charged with any criminal offense by state, local, or federal authorities.  It is the United States' position that the statute of limitations has not expired on potential criminal charges relating to the marijuana grow at the defendant property.  Nevertheless, the United States intends to depose claimant Harold Bollenbacher regarding his ownership of the defendant property, as well as his knowledge and participation in the marijuana grow at the defendant property.  If discovery proceeds at this time, claimant will be placed in the difficult position of either invoking his Fifth Amendment rights against self-incrimination and jeopardizing the ability to pursue his claim to the defendant property, or waiving his Fifth Amendment rights and submitting to a deposition and potentially incriminating himself.  If he invokes his Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claim he filed with this court.

4. In addition, claimant intends to depose, among others, the agents involved with this investigation, including but not limited to the agents with the Drug Enforcement Agency.  Allowing depositions of the law enforcement officers at this time

would adversely affect the ability of the federal authorities to investigate the alleged underlying criminal conduct.

5. The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimants' ability to prove their claim to the property and to assert any defenses to forfeiture. For these reasons, the parties jointly request that these matters be stayed until September1, 2012, in accordance with the terms of this stipulation. For these reasons, the parties jointly request that this matter be stayed until September 1, 2012. At that time the parties will advise the court of the status of the criminal case and will advise the court whether a further stay is necessary.

Dated:  5-22-12                                BENJAMIN B. WAGNER
                                               United States Attorney

                                        By:    /s/ Kevin C. Khasigian
                                               KEVIN C. KHASIGIAN
                                               Assistant U.S. Attorney


Dated:  5-21-2012                              /s/ Brenda Grantland
                                               BRENDA GRANTLAND
                                               Attorney for claimant
                                               Harold Bollenbacher, Trustee of The Family
                                               Trust Created Under the Bollenbacher Family
                                               Trust Dated September 27, 1995

                                               (Original signatures retained by attorney)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i) until September 1, 2012. On or before September 1, 2012, the parties will advise the court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: May 22, 2012                            /s/ John A. Mendez
                                               JOHN A. MENDEZ
                                               United States District Court Judge