1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-01046-JAM-KJN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER |
| REAL PROPERTY LOCATED AT 6642 MERCHANDISE WAY, DIAMOND SPRINGS, CALIFORNIA, EL DORADO COUNTY, APN: 329-392-05, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

The United States, and Claimant Harold Bollenbacher, Trustee of The Family Trust Created Under the Bollenbacher Family Trust Dated September 27, 1995, by and through their respective counsel, hereby submit the following Request for Extension of Stay of Further Proceedings and Proposed Order

This matter was stayed on May 22, 2012 pending the outcome of the related criminal case against defendant James Kirk Short, Case No. 2:12-CR-00164-JAM.  The parties understand that a status conference in the criminal action against James Kirk Short is presently scheduled for October 16, 2012.  For this reason, the parties request that the stay be extended for a period of six months to March 1, 2013.

1  At that time, the parties will advise the court of the status of the criminal case
2  and will advise the court whether a further stay is necessary.

5  Dated:  8/15/12                    BENJAMIN B. WAGNER
                                      United States Attorney

7                                      /s/ Kevin C. Khasigian
                                      KEVIN C. KHASIGIAN
8                                     Assistant U.S. Attorney

9
10 Dated:  8/15/2012                   /s/ Brenda Grantland
                                      BRENDA GRANTLAND
                                      Attorney for claimant
11                                    Harold Bollenbacher, Trustee of
                                      The Family Trust Created Under
12                                    the Bollenbacher Family Trust
                                      Dated September 27, 1995

14                                    (Original signatures retained by
                                      attorney)

16                                **ORDER**

17  For the reasons set forth above, this matter is stayed for six months.  On or
18 before March 1, 2013, the parties will advise the Court whether a further stay is
19 necessary.

21     IT IS SO ORDERED.
22 Dated:  8/15/2012

23                                    /s/ John A. Mendez
                                      JOHN A. MENDEZ
24                                    United States District Court Judge

2  Stipulation For Extension of Stay of Further Proceedings