BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-01046-JAM-KJN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER |
| REAL PROPERTY LOCATED AT 6642 MERCHANDISE WAY, DIAMOND SPRINGS, CALIFORNIA, EL DORADO COUNTY, APN: 329-392-05, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

The United States, and Claimant Harold Bollenbacher, Trustee of The Family Trust Created Under the Bollenbacher Family Trust Dated September 27, 1995, by and through their respective counsel, hereby submit the following Request for Extension of Stay of Further Proceedings and Proposed Order

This matter was stayed on May 22, 2012 pending the outcome of the related criminal case against defendant James Kirk Short, Case No. 2:12-CR-00164-JAM. The parties understand that a status conference in the criminal action against James Kirk Short is presently scheduled for October 16, 2012. For this reason, the parties request that the stay be extended for a period of six months to March 1, 2013.

1   Stipulation For Extension of Stay of Further Proceedings

At that time, the parties will advise the court of the status of the criminal case and will advise the court whether a further stay is necessary.

Dated:  8/15/12               BENJAMIN B. WAGNER
                              United States Attorney

                               /s/ Kevin C. Khasigian
                              KEVIN C. KHASIGIAN
                              Assistant U.S. Attorney

Dated:  8/15/2012              /s/ Brenda Grantland
                              BRENDA GRANTLAND
                              Attorney for claimant
                              Harold Bollenbacher, Trustee of
                              The Family Trust Created Under
                              the Bollenbacher Family Trust
                              Dated September 27, 1995

                              (Original signatures retained by attorney)

## ORDER

For the reasons set forth above, this matter is stayed for six months.  On or before March 1, 2013, the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated:  8/15/2012

                              /s/ John A. Mendez
                              JOHN A. MENDEZ
                              United States District Court Judge