BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-01046-JAM-KJN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER |
| REAL PROPERTY LOCATED AT 6642 MERCHANDISE WAY, DIAMOND SPRINGS, CALIFORNIA, EL DORADO COUNTY, APN: 329-392-05, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

The United States, and Claimant Harold Bollenbacher, Trustee of The Family Trust Created Under the Bollenbacher Family Trust Dated September 27, 1995, by and through their respective counsel, hereby submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

This matter was stayed on August 16, 2012 pending the outcome of the related criminal case against defendant James Kirk Short, Case No. 2:12-CR-00164-JAM.  The parties understand that a status conference in the criminal action against James Kirk Short is presently scheduled for March 26, 2013.  For this reason, the parties request that the stay be extended for a period of six months to September 2, 2013.

1   At that time, the parties will advise the court of the status of the criminal case
2   and will advise the court whether a further stay is necessary.

5   Dated: 2/28/13                    BENJAMIN B. WAGNER
                                      United States Attorney

7                              By:    /s/ Kevin C. Khasigian
                                      KEVIN C. KHASIGIAN
8                                     Assistant U.S. Attorney

10  Dated: 2/28/13                    /s/ Brenda Grantland
                                      BRENDA GRANTLAND
11                                    Attorney for claimant
                                      Harold Bollenbacher, Trustee of
12                                    The Family Trust Created Under
                                      the Bollenbacher Family Trust
13                                    Dated September 27, 1995
                                      (As authorized on 2/28/13)

### **ORDER**

For the reasons set forth above, this matter is stayed for six months. On or before September 2, 2013, the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: 2/28/2013

                                      /s/ John A. Mendez
                                      JOHN A. MENDEZ
                                      United States District Court Judge