BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-01046-JAM-KJN |
|---|---|
| Plaintiff, | |
| v. | |
| REAL PROPERTY LOCATED AT 6642 MERCHANDISE WAY, DIAMOND SPRINGS, CALIFORNIA, EL DORADO COUNTY, APN: 329-392-05, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | STIPULATION TO EXTEND STAY, ORDER THEREON |
| Defendant. | |

The United States, and Claimant Harold Bollenbacher, Trustee of The Family Trust Created Under the Bollenbacher Family Trust Dated September 27, 1995, by and through their respective counsel, hereby submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

This matter was stayed on August 16, 2012 pending the outcome of the related criminal case against defendant James Kirk Short, Case No. 2:12-CR-00164-JAM.  The parties understand that a status conference in the criminal action against James Kirk Short is presently scheduled for March 25, 2014.  For this reason, the parties request that the stay be extended for a period of six months to August 29, 2014.

1

At that time, the parties will advise the court of the status of the criminal case and will advise the court whether a further stay is necessary.

Dated: 2/28/14                                 BENJAMIN B. WAGNER
                                                                United States Attorney

                                                        By:   /s/ Kevin C. Khasigian
                                                                KEVIN C. KHASIGIAN
                                                                Assistant U.S. Attorney

Dated: 2/28/14                                 /s/ Brenda Grantland
                                                                BRENDA GRANTLAND
                                                                Attorney for claimant
                                                                Harold Bollenbacher, Trustee of
                                                                TheFamily Trust Created Under the
                                                                Bollenbacher Family Trust Dated
                                                                September 27, 1995

                                                                (As authorized via email on 2/28/14)

## ORDER

For the reasons set forth above, this matter is stayed for six months. On or before August 29, 2014, the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: 2/28/2014

                                                                /s/ John A. Mendez
                                                                JOHN A. MENDEZ
                                                                United States District Court Judge