1  BENJAMIN B. WAGNER
United States Attorney
2  KEVIN C. KHASIGIAN
Assistant U. S. Attorney
3  501 I Street, Suite 10-100
Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | 2:12-CV-01046-JAM-KJN |
| 12          Plaintiff, | |
| 13          v. | |
| 14  REAL PROPERTY LOCATED AT 6642 | STIPULATION TO EXTEND STAY, ORDER THEREON |
| 15  MERCHANDISE WAY, DIAMOND SPRINGS, CALIFORNIA, EL DORADO COUNTY, APN: 329-392-05, | |
| 16  INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| 17          Defendant. | |
| 18 | |

19        The United States, and Claimant Harold Bollenbacher, Trustee of The Family

20  Trust Created Under the Bollenbacher Family Trust Dated September 27, 1995, by and

21  through their respective counsel, hereby submit the following Request for Extension of

22  Stay of Further Proceedings and Proposed Order.

23        This matter was stayed on August 16, 2012 pending the outcome of the related

24  criminal case against defendant James Kirk Short, Case No. 2:12-CR-00164-JAM.  The

25  parties understand that a trial confirmation hearing and subsequent trial in the

26  criminal action against James Kirk Short are presently scheduled for September 9,

27

28

                                 1

2014 and October 6, 2014, respectively.  For this reason, the parties request that the

stay be extended for a period of three months to November 28, 2014.

At that time, the parties will advise the court of the status of the criminal case

and will advise the court whether a further stay is necessary.


Dated:   8/25/14                              BENJAMIN B. WAGNER
                                             United States Attorney


                                      By:    /s/ Kevin C. Khasigian
                                             KEVIN C. KHASIGIAN
                                             Assistant U.S. Attorney


Dated:   8/25/14                              /s/ Brenda Grantland
                                             BRENDA GRANTLAND
                                             Attorney for claimant
                                             Harold Bollenbacher, Trustee of
                                             TheFamily Trust Created Under the
                                             Bollenbacher Family Trust Dated
                                             September 27, 1995

                                             (As authorized via email on 8/25/14)


**ORDER**

For the reasons set forth above, this matter is stayed for three months.  On or

before November 28, 2014, the parties will advise the Court whether a further stay is

necessary.

IT IS SO ORDERED.

Dated:   8/26/2014


                                             /s/ John A. Mendez
                                             JOHN A. MENDEZ
                                             United States District Court Judge