1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | 2:12-CV-01046-JAM-KJN |
   | --- | --- |
12 | Plaintiff, | |
13 | v. | |
14 | REAL PROPERTY LOCATED AT 6642 MERCHANDISE WAY, DIAMOND SPRINGS, CALIFORNIA, EL DORADO COUNTY, APN: 329-392-05, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | STIPULATION TO EXTEND STAY, ORDER THEREON |
17 | Defendant. | |

18

19     The United States, and Claimant Harold Bollenbacher, Trustee of The Family

20 Trust Created Under the Bollenbacher Family Trust Dated September 27, 1995, by and

21 through their respective counsel, hereby submit the following Request for Extension of

22 Stay of Further Proceedings and Proposed Order.

23     This matter was stayed on August 16, 2012 pending the outcome of the related

24 criminal case against defendant James Kirk Short, Case No. 2:12-CR-00164-JAM.  The

25 parties understand that James Kirk Short is presently scheduled to be sentenced on

26 May 26, 2015.  For this reason, the parties request that the stay be extended for a

27 period of three months to May 26, 2015.

28

                                           1
                                                              Stipulation to Extend Stay

At that time, the parties will advise the court of the status of the criminal case and will advise the court whether a further stay is necessary.

Dated:   2/24/15             BENJAMIN B. WAGNER
United States Attorney

By:     /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:   2/24/15              /s/ Brenda Grantland
BRENDA GRANTLAND
Attorney for claimant
Harold Bollenbacher, Trustee of
TheFamily Trust Created Under the
Bollenbacher Family Trust Dated
September 27, 1995

(As authorized via email on 2/24/15)

## ORDER

For the reasons set forth above, this matter is stayed for three months.  On or before May 26, 2015, the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: 2/24/2015

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge