BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>REAL PROPERTY LOCATED AT 6642 MERCHANDISE WAY, DIAMOND SPRINGS, CALIFORNIA, EL DORADO COUNTY, APN: 329-392-05, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>            Defendant. | 2:12-CV-01046-JAM-KJN<br><br><br><br>STIPULATION TO EXTEND STAY, ORDER THEREON |

   The United States, and Claimant Harold Bollenbacher, Trustee of The Family Trust Created Under the Bollenbacher Family Trust Dated September 27, 1995, by and through their respective counsel, hereby submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

   This matter was stayed on August 16, 2012 pending the outcome of the related criminal case against defendant James Kirk Short, Case No. 2:12-CR-00164-JAM.  The parties understand that James Kirk Short is presently scheduled to be sentenced on April 22, 2016.  For this reason, the parties request that the stay be extended for another ninety days to May 18, 2016.

1

At that time, the parties will advise the court of the status of the criminal case and will advise the court whether a further stay is necessary.

Dated:  2/16/2016     BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:  2/16/2016     /s/ Brenda Grantland
BRENDA GRANTLAND
Attorney for claimant
Harold Bollenbacher, Trustee of
TheFamily Trust Created Under the
Bollenbacher Family Trust Dated
September 27, 1995

(As authorized via email)

## ORDER

For the reasons set forth above, this matter is stayed for ninety days.  On or before May 18, 2016, the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: 2/16/2016

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge