PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 6642 MERCHANDISE WAY, DIAMOND SPRINGS, CALIFORNIA, EL DORADO COUNTY, APN: 329-392-05, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　Defendant. | 2:12-CV-01046-JAM-KJN<br><br><br><br>STIPULATION TO EXTEND STAY, ORDER THEREON |

　　　The United States, and Claimant Harold Bollenbacher, Trustee of The Family Trust Created Under the Bollenbacher Family Trust Dated September 27, 1995, by and through their respective counsel, hereby submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

　　　This matter was stayed on August 16, 2012 pending the outcome of the related criminal case against defendant James Kirk Short, Case No. 2:12-CR-00164-JAM.  The parties understand that James Kirk Short is presently scheduled to be sentenced on October 18, 2016.  For this reason, the parties request that the stay be extended for another ninety days to November 14, 2016.

1

Stipulation to Extend Stay

At that time, the parties will advise the court of the status of the criminal case and will advise the court whether a further stay is necessary.

Dated:   8/8/2016                              PHILLIP A. TALBERT
                                               Acting United States Attorney

                                    By:    /s/ Kevin C. Khasigian
                                           KEVIN C. KHASIGIAN
                                           Assistant U.S. Attorney


Dated:   8/5/2016                              /s/ Brenda Grantland
                                               BRENDA GRANTLAND
                                               Attorney for claimant
                                               Harold Bollenbacher, Trustee of TheFamily
                                               Trust Created Under the Bollenbacher Family
                                               Trust Dated September 27, 1995

                                               (As authorized via email)

## ORDER

For the reasons set forth above, this matter is stayed for ninety days. On or before November 14, 2016, the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated:  8/8/2016                               /s/ John A. Mendez
                                               JOHN A. MENDEZ
                                               United States District Court Judge